PHILLIPI, Respondent, v. DAHL, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Antonio Phillipi against Chares H. Dahl. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PHŒNIX CONST. CO. v. CORNELL STEAMBOAT CO. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by the Phœnix Construction Company against the Cornell Steamboat Company. No opinion. Judgment affirmed, without costs. Order filed.

---

PHŒNIX CONST. CO., Respondent, v. CORNELL STEAMBOAT CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by the Phœnix Construction Company against the Cornell Steamboat Company. J. P. Kirlin, for appellant. E. C. Kindleberger, for respondent.

PER CURIAM. Judgments affirmed, with costs.

LAUGHLIN and MILLER, JJ., concur, solely on the ground that authority was given by the Secretary of War to make the borings and anchor the barges in the river. Orders filed.

---

PIERRE, Appellant, v. FARLEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Michael S. N. Pierre against Edward V. Farley, as receiver, etc. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 128 N. Y. Supp. 1141.

---

PIERSON, Appellant, v. UNITED LONDON & SCOTTISH INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Will W. Pierson, Jr., against the United London & Scottish Insurance Company. W. O. Badger, Jr., for appellant. R. H. Raphael, for respondent. No opinion. Order reversed, with $10 costs and disbursements, motion denied, with $10 costs, and attachment reinstated, on Lambert v. Property Ins. Co., 130 N. Y. Supp. 34. Order filed.

---

PIKE, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Harriet F. Pike against the United Traction Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $4,000, in which case judgment is modified accordingly, and, as so modified, judgment and order affirmed, without costs.

BETTS, J., votes for affirmance.

---

PITMAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Fannie Pitman, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 1126.

---

PITTSBURGH PLATE GLASS CO., Appellant, v. ROTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by the Pittsburgh Plate Glass Company against Philip Roth and others.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, as to the defendants Schaedlich and Lafreniere, and judgment reversed and new trial ordered as to the defendant Roth, costs to abide the event, upon the ground that as to said defendant there is no evidence of any special agreement that his individual notes were to be taken in payment of the debt.

---

PODALSKY et al., Respondents, v. IRELAND, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Jacob Podalsky and others against John B. Ireland. I. Josephson, for appellant. D. L. Podell, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1142.

INGRAHAM, P. J., dissents, upon the ground that the evidence discloses no authority on behalf of the defendant for making the lease in question.

---

POLLOCK v. SHUBERT THEATRICAL CO. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Frank V. Pollock against the Shubert Theatrical Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 App. Div. 929, 129 N. Y. Supp. 1142; 131 N. Y. Supp. 386.

---

POLO, Appellant, v. TARTAGLIA, Respondent. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Florindo S. Polo against Frank Tartaglia. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

POUCH v. PRUDENTIAL INS. CO. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Tillie M. Pouch against the Prudential Insurance Company. No opinion. Motion granted, and question certified. Order filed. See, also, 131 N. Y. Supp. 376.

---

POUKER, Appellant, v. CUVILLIER, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1911.) Action by Hyman Pouker against Louis A. Cuvil-